Page et al., Appellants, *v.* Corn Exchange National Bank & Trust Company, Trustee, et al.

Argued January 2, 1934. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*W. Horace Hepburn, Jr.,* with him *Robert G. Erskine, William Barclay Lex* and *George Sterner,* for appellants.

*Morton Z. Paul,* with him *Ralph N. Kellam,* for appellees.

PER CURIAM, March 19, 1934:

The decree of the court below is affirmed on the opinion of Judge LAMBERTON. Costs to be paid by the appellants.